Michael A. Gould (SBN 151851)
michael@wageandhourlaw.com
Aarin A. Zeif (SBN 247088)
aarin@wageandhourlaw.com
THE GOULD LAW FIRM
A Professional Corporation
161 Fashion Lane, Suite 207
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

Attorney for Plaintiff
Renee Johnson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| RENEE JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., and DOES 1 through 25,<br><br>Defendants. | CASE NO.:5:20-cv-02649-MCS-SHK<br>[Judge Mark C. Scarsi]<br><br><br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br>Case Filed: November 6, 2020 |

1

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

On November 6, 2020 Plaintiff Renee Johnson filed a Complaint in Superior Court of the State of California for the County of Riverside.

Defendant Wal-Mart Associates, Inc. removed the Action to this Court.

Pursuant to Federal Rule of Civil Procedure, Rule 41, IT IS HEREBY STIPULATED AND AGREED among the parties, by and through their undersigned counsel, that all claims asserted in this Action shall be, and are, voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses, and costs of court, if any.

Dated: June 29, 2021

/s/ Michael A. Gould
Michael A. Gould
Aarin A. Zeif
THE GOULD LAW FIRM
Attorneys for Plaintiff,
Renee Johnson

Dated: June 29, 2021

/s/ Julia Levitskaia
David W. Ammons
Julia Levitskaia
LTL ATTORNEYS LLP
Attorneys for Defendant
Wal-Mart Associates, Inc.

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**