JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA -EASTERN DIVISION

| | |
|---|---|
| RENEE JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., and DOES 1 through 25,<br><br>Defendants. | **CASE NO.: 5:20-cv-02649-MCS-SHK**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Based on the parties' Stipulation for Dismissal with Prejudice and good cause appearing, this action is DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses, and costs of court, if any.

**IT IS SO ORDERED**

Dated: June 29, 2021

_____
Hon. Judge Mark C. Scarsi
United States District Court Judge

1